IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 JUL 18 PM 4: 24

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PRESTON POPE,
JERON MORRIS

Defendants.

8:16CR59

SUPERSEDING INDICTMENT
18 U.S.C. § 1951
18 U.S.C. § 2
18 U.S.C. § 924(c)
18 U.S.C. § 2113(a)
18 U.S.C. § 922(g)

The Grand Jury charges that

## COUNT I

On or about August 11, 2015, in the District of Nebraska, PRESTON POPE and JERON MORRIS, defendants herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined by Title 18, United States Code, Section 1951, in that the defendants, PRESTON POPE and JERON MORRIS, did unlawfully take and obtain personal property consisting of United States currency from M.B.G., an employee working at Walgreens, in Omaha, Nebraska, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person; that is, PRESTON POPE and JERON MORRIS entered Walgreens, with faces covered, and while waiving a handgun at her took money from the cash register.

In violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 2.

1

## COUNT II

On or about August 11, 2015, in the District of Nebraska, the defendants, PRESTON POPE and JERON MORRIS, did knowingly brandish a firearm during and in relation to, and possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery as charged in Count I of this indictment.

In violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT III

On or about August 11, 2015, in the District of Nebraska, the defendant, PRESTON POPE and JERON MORRIS, did by force, violence and intimidation take from the person and presence of employees of U.S. Bank, approximately $9,984 of United States currency belonging to and in the care, custody, control, management and possession of U.S. Bank, 4240 South 50th Street, Omaha, Nebraska, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a) and (2).

## COUNT IV

On or about August 11, 2015, in the District of Nebraska, the defendants, PRESTON POPE and JERON MORRIS, did knowingly brandish a firearm during and in relation to, and possess in furtherance of, a crime of violence for which they may be prosecuted in a court of the United States, that is, bank robbery as charged in Count III of this indictment.

In violation of Title 18, United States Code, Section 924(c) and Title 18, United States Code, Section 2.

## COUNT V

From on or about August 11, 2015, through on or about August 14, 2015, in the District of Nebraska, PRESTON POPE, defendant herein, having been convicted in July 2010, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: third degree assault on an officer, did knowingly possess in and affecting interstate commerce, a firearm, which had been shipped and transported in interstate commerce, to wit: a handgun.

In violation of Title 18, United States Code, Sections 922(g).

## COUNT VI

On or about September 27, 2015, in the District of Nebraska, the defendant, JERON MORRIS, who had been convicted of a misdemeanor crime of domestic violence, to wit: domestic assault causing bodily injury, in Pottawattamie County District Court, Council Bluffs, Iowa, in September 2014, did knowingly possess in and affecting interstate commerce, a firearm, which had been shipped and transported in interstate commerce, to wit: a handgun.

In violation of Title 18, United States Code, Sections 922(g).

## COUNT VII

On or about August 11, 2015, in the District of Nebraska, the defendant, JERON MORRIS, who had been convicted of a misdemeanor crime of domestic violence, to wit: domestic assault causing bodily injury, in Pottawattamie County District Court, Council Bluffs, Iowa, in September 2014, did knowingly possess in and affecting interstate commerce, a firearm, which had been shipped and transported in interstate commerce, to wit: a handgun.

In violation of Title 18, United States Code, Sections 922(g).

A TRUE BILL.



/FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SUSAN T. LEHR
Assistant United States Attorney

4